McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2775

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM G. BELL, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:05-CV-00613-WBS-PAN <br><br> ORDER APPROVING THE PARTIES' STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER COMPLAINT [proposed] |

The parties' stipulation for extension of time for defendant to answer complaint, electronically filed herein on June 1, 2005, is hereby APPROVED. Defendant William G. Bell's time to answer the Complaint shall be extended to June 24, 2005.

IT IS SO ORDERED.

Dated: June 6, 2005.

                                                    /s/ Peter A. Nowinski
                                                    PETER A. NOWINSKI
                                                    Magistrate Judge

CERTIFICATE OF SERVICE BY MAIL

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on JUNE 1, 2005, she served a copy of PROPOSED ORDER APPROVING THE PARTIES' STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER COMPLAINT  by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

William G. Bell, D.C.
4157 Rocklin Road, Suite C
Rocklin, CA 95602

                              \s\ *Jocelyn M. Trujillo*
                              *(original signature retained by attorney)*
                              JOCELYN M. TRUJILLO, Legal Asst.

2